✎AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

| UNITED STATES OF AMERICA<br>V.<br><br>Robert Paschalis<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: 16cr249-02 |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place
U. S. District Court
1716 Spielbusch Avenue
Toledo, OH 43604

Room: 204

Date and Time

Before: Judge Jeffrey J. Helmick

November 15, 2018 at 3:30 pm

To answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    **X** Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

See Violation Report

s/ Amy L. Schroeder

October 29, 2018
Date

Sandy Opacich, Clerk of Court
Name and Title of Issuing Officer