UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                  Case No. 3:16cr249

    Plaintiff,

- vs -

                                           **ORDER**

Robert Allen Paschalis,

    Defendant.

      This matter was heard on March 6, 2019 upon the request of the probation office for a finding that the defendant had violated the conditions of his supervised release. The defendant was represented by counsel. The defendant admitted to the violations contained in the report. The Court found the defendant to be in violation. The Court revoked supervise release and imposed the following sentence:

      The defendant shall serve a period of 3 months with the Bureau of Prisons. The defendant shall self-surrender to the United States Marshal's Office at 9:00 AM on March 11, 2019. The Court recommends the defendant be designated to CCNO. No further term of supervised release imposed.

      So Ordered.

                                                         s/ Jeffrey J. Helmick
                                                        United States District Judge